# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADAMA DIOUBATE,** | : No. 3:26cv648 |
| **Petitioner** | : |
| | : **(Judge Munley)** |
| **v.** | : |
| **CRAIG LOWE,** | : |
| **Respondent** | : |

## ORDER

**AND NOW**, to wit, this 16 day of March 2026, upon consideration of

Petitioner Adama Dioubate's *pro se* petition for writ of habeas corpus under 28

U.S.C. § 2241, (Doc. 1), it is hereby **ORDERED** that:

1. The petition, (Doc. 1), is **DEEMED** filed;

2. The court exercises its discretion under Rule 1(b) of the Rules Governing Section 2254 Cases in the United States District Courts to apply those rules to this Section 2241 petition.

3. The Clerk of Court is directed to serve a copy of the petition, (Doc. 1), and this order on respondent and the United States Attorney, and to note the address of the United States Attorney on the front of the docket sheet in this case. All documents filed by the parties and the court shall be served upon the United States Attorney. See 28 U.S.C. § 2254 Rule 4.

4. Within **twenty-one (21) days** of the date of this order, respondent shall file an answer, motion, or other response to the allegations of the petition. See 28 U.S.C. § 2254 Rule 5.

5. Respondent shall include petitioner's full alien file (A-file) from USCIS with his response.

6. Petitioner, if desired, may file a reply to respondent's answer or other pleading **within fourteen (14) days** after receipt thereof. See 28 U.S.C. § 2254 Rule 5(e).

7. A determination as to whether petitioner shall be produced for a hearing will be held in abeyance pending the filing of respondents' answer or other pleading.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**