IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADAMA DIOUBATE,                          :        No. 3:26cv648
           Petitioner                      :
                                    :        (Judge Munley)

   v.                                    :

CRAIG LOWE,                              :
           Respondent                     :

**ORDER**

**AND NOW,** to wit, this 29th day of April 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1) Petitioner Adama Dioubate's petition for writ of habeas corpus, (Doc. 1), is **GRANTED**.

2) Dioubate's detention is not governed by 8 U.S.C. § 1225(b)(2)(A) and violates his right to due process of law.

3) Respondents shall, **within 14 days of the date of this order,** provide Dioubate with an individualized bond hearing in accordance with the analysis in the memorandum.

4) If Dioubate does not receive a bond hearing within the 14-day period, he shall be released **no later than May 14, 2026 at 12:00 noon** under the same circumstances that existed prior to his detention, including, release: (1) within the area near where petitioner lives or was employed; (2) without the imposition of additional conditions (such as ankle monitors or electronic

tracking devices); (3) with all clothing and outerwear worn at the time of the detention or other appropriate attire; and (4) with all personal property, including, but not limited to, any driver's license, passport, immigration documents, currency, or cell phone that was seized at the time of detention and that is currently in their custody, possession, or control, whether maintained directly by respondents or by any contracted or affiliated facility.

5) On or before **May 15, 2026 at 12:00 noon**, respondent shall file a declaration or affidavit pursuant to 28 U.S.C. § 1746 confirming that Dioubate has either been provided with a bond hearing or has been released from custody.

6) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2